THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOAN BONGARZONE-SUARRCY, Appellant.

Submitted April 4, 2005; decided April 28, 2005

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.